IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 22 PM 12: 00

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> VS ) <br> ) <br> JERRY BARNES ) <br> ) <br> Defendant(s) ) | CR. NO. 89-20025-M1 |

### ORDER ON CHANGE OF RESTITUTION VICTIM

On September 22, 1989, the defendant in this case, Jerry Barnes, was sentenced to a term of thirty (30) months incarceration as to Count 1 and placed on three (3) years of Probation as to Counts 3, 5-11, 13-16 and 18.

In the judgment, signed by United States District Judge Jerome Turner on November 15, 1989, the defendant was ordered to pay restitution to victims in the total amount of $16,950.00 (see Exhibit A).[1] One of those victims was Mitchell Lopp. The amount of ordered restitution to be paid to Mr. Lopp was $750.00 (see Exhibit B).[2]

On January 18, 2005, a check in the amount of $500.00 was mailed to Mitchell Lopp (see Exhibit C) as part of restitution.[3] Mitchell Lopp is

---

[1] Exhibit A: Copy of judgement in criminal case 2:89cr20025-1.

[2] Exhibit B: Print-out of payment history as to case 2:89cr20025-1.

[3] Exhibit C: Copy of check #00176942 from U.S. Treasury dated 1/18/05.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

(33)

now deceased (see exhibit D).[4] Mitchell Lopp's wife, Mamie Lopp, is requesting that payment of restitution be changed to reflect the restitution amount being paid to her instead of her deceased spouse (see exhibit E).[5]

It is hereby ordered that the restitution victim in this case be changed from Mitchell Lopp to Mamie Lopp, 343 Waterloo Road, Lawrenceburg, TN 38464 and that the $750.00 in restitution be paid to her instead of Mitchell Lopp.

**IT IS SO ORDERED** this the 21 day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

---

[4] Exhibit D: Copy of death certificate of Mithcell Lopp with attached letter from Mamie Lopp.

[5] Exhibit E: Letter from Mamie Lopp with certified copy of death certificate of Mitchell Lopp.

# United States District Court

**Western** DISTRICT OF **Tennessee**

UNITED STATES OF AMERICA

V.

Jerry Barnes

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 89-20025-01-TU

FILED NOV 15 1989
CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN.

(Name and Address of Defendant)

Greg Keenum, retained
Attorney for Defendant

## THE DEFENDANT ENTERED A PLEA OF:

[X] guilty  [ ] nolo contendere] as to count(s) **1, 3, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16 and 18**, and
[ ] not guilty as to count(s) _____

## THERE WAS A:

[X] finding  [ ] verdict] of guilty as to count(s) **1, 3, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16 and 18**.

*This document entered on docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on NOV 15 1989.*

## THERE WAS A:

[ ] finding  [ ] verdict] of not guilty as to count(s) _____
[ ] judgment of acquittal as to count(s) _____
The defendant is acquitted and discharged as to this/these count(s).

## THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:

unlawful use of mails in devising and intending to devise a scheme and artifice to defraud buyers and transferees of used motor vehicles; in violation of Title 18, U.S.C. §§1341 and 2, as charged in counts 1, 5, 7, 9, 11, 14 and 16 of the indictment, and of making false statements by certifying false odometer readings; in violation of Title 15, U.S.C. §§1988(b) and 1990(c) as charged in counts 3, 6, 8, 10, 13, 15 and 18 of the indictment.

## IT IS THE JUDGMENT OF THIS COURT THAT:

the defendant is sentenced to a period of thirty (30) months imprisonment as to count 1. Imposition of sentence is hereby suspended as to counts 3, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16 and 18 and the defendant is placed on probation for a period of three (3) years to run consecutive with the sentence imposed in count 1 including parole or supervised time. The defendant shall pay restitution in the amount of $16,950.00 and restitution is to be made to those persons contained in exhibit #13 of the affidavit filed 9-22-89 thereon, and the amounts reflected in exhibit #13 with the exception of #2 - Joseph and Linda Barnum who shall be paid not more than $2,000.00. The restitution shall be paid in no less than 3 equal annual installments during the period of probation and the government shall see that the victims will be reimbursed proportionate to the amount of their loss by virtue of installment payments. No interest is to accrue on the restitution.

\* The defendant has been granted leave to report to the institution designated by the Bureau of Prison as notified by the Clerk's Office.

In addition to any conditions of probation imposed above, IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

EXHIBIT A

## CONDITIONS OF PROBATION

Where probation has been ordered the defendant shall:

(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
(2) associate only with law-abiding persons and maintain reasonable hours;
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him prior to job changes);
(4) not leave the judicial district without permission of the probation officer;
(5) notify your probation officer immediately of any changes in your place of residence;
(6) follow the probation officer's instructions and report as directed.

The court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

IT IS FURTHER ORDERED that the defendant shall pay a total special assessment of $ **700.00** pursuant to Title 18, U.S.C. Section 3013 for count(s) **3, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16 and 18** as follows:

**$50.00 as to each of the above counts to be paid immediately.**

IT IS FURTHER ORDERED THAT counts **2, 4, 12 and 17** are DISMISSED on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall pay to the United States attorney for this district any amount imposed as a fine, restitution or special assessment. The defendant shall pay to the clerk of the court any amount imposed as a cost of prosecution. Until all fines, restitution, special assessments and costs are fully paid, the defendant shall immediately notify the United States attorney for this district of any change in name and address.

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States marshal of this district.

☐ The Court orders commitment to the custody of the Attorney General and recommends:

September 22, 1989
Date of Imposition of Sentence

Signature of Judicial Officer

**Jerome Turner, U.S. District Judge**
Name and Title of Judicial Officer

11-15-89
Date

Approved: _____ AUSA

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____ at
                         Date

_____, the institution designated by the Attorney General, with a certified copy of this Judgment in a Criminal Case.

United States Marshal

By _____
Deputy Marshal

Name: BARNES, JERRY
Caseno: 2:89cr20025-1
Last reviewed on 2004-11-03 by Daria.

|  | Judgment | Paid | Balance |
|---|---|---|---|
| Special Assessment | 700.00 | 0.00 | 700.00 |
| Restitution | 16950.00 | 11299.98 | 5650.02 |
| Fine | 0.00 | 0.00 | 0.00 |
| Total | 17650.00 | 11299.98 | 6350.02 |

[View payment history]

Select a printer: Finance

[Print payment history]

**List of victims:**
AGNES, CHARLES AND PATSY ($1400.00): View payments
BARHAM, JOSEPH AND LINDA ($2000.00 on hold): View payments
CATO, JAMES AND MARY ($1450.00): View payments
HARRISON, EDDIE ($1450.00): View payments
HUCKABY, BOYD ($700.00 on hold): View payments
LEATH, BETTY J ($950.00): View payments
LEVAN, WILLIAM AND ANN ($1900.00): View payments
LOPP, MITCHEL ($750.00 on hold): View payments
MARTIN, THOMAS ($1450.00): View payments
MAYFIELD, SHIRLEY ($950.00): View payments
QUILLEN, AUSTIN AND PAULA ($1000.00): View payments
TIPLER, DONNIE ($1700.00 on hold): View payments
WOODS, EARNEST ($1250.00): View payments

**Mark as reviewed**

Reviewer: Daria
Password:

[Mark as reviewed]

**Add or change comment**

Comment changed by: Daria
Password:

[Add comment]



EXHIBIT B

Return to search screen

```
Victim name:      LOPP, MITCHEL
Victim address:   ROUTE 4, BOX 392
                  LAWRENCEBURG, TN  38464

Case number:      2:89cr20025-1
Debtor name:      JERRY BARNES
Total owed:       750.00

         Voucher Number      Date           Amount Paid
            5010502/106      2005-01-05          500.00
    sf1098,7650700194_1      2005-04-12         -500.00
                 Total:                            0.00
```


EXHIBIT C

**United States Treasury** 15-61/000

U.S. DISTRICT COURT
MEMPHIS, TN

4676-00176942

Check No.

01 18 05   89-20025; JERRY BARNES         00176942

Pay to the order of

MITCHEL LOPP
ROUTE 4, BOX 392                              $*******500*00
LAWRENCEBURG, TN 38464

VOID AFTER ONE YEAR

REF. NO.                                    DISBURSING OFFICER

⑆4676⑆  ⑈000000518⑈  0017694 27⑈

To Whom it May Concern,

I recieved this check made out to my late husband Mitchel Zopp, My Grand-daughter Sondra Parker (931)766-2821) called to find out what to do with it, whether to send it back or if I was entitled to cash it. No one let us know, So I am sending it back to you. If you determine I am entitled to it please send it back or make out one in my name.
I have enclosed his death certificate.
Thank You
Mamie Zopp
343 Waterloo Rd
Lawrenceburg Tn. 38464

If you need to contact me call number above.
It is my Granddaughters number.


EXHIBIT D

**MAURY COUNTY
DEPARTMENT OF HEALTH**
100 BLYTHEWOOD DRIVE
COLUMBIA, TENNESSEE 38401

**TENNESSEE DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH**

STATE FILE NUMBER

1. DECEDENT'S NAME (First, Middle, Last): John Mitchell Lopp
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): February 25, 2001
4. SOCIAL SECURITY NUMBER (of Deceased): 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
5a. AGE – LAST BIRTHDAY (Years): 88
6. DATE OF BIRTH (Month, Day, Year): May 7, 1912
7. BIRTHPLACE (City and State or Foreign Country): Lawrence County, TN
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No
9a. PLACE OF DEATH: Hospital — Inpatient
9b. FACILITY NAME: Maury Regional Hospital
9c. CITY, TOWN, OR LOCATION OF DEATH: Columbia
9d. COUNTY OF DEATH: Maury
10. MARITAL STATUS: Married
11. SURVIVING SPOUSE: Mamie Guin
12a. DECEDENT'S USUAL OCCUPATION: Tow Motor Operator
12b. KIND OF BUSINESS/INDUSTRY: Bicycle Manufacturer
13a. RESIDENCE—STATE: TN
13b. COUNTY: Lawrence
13c. CITY, TOWN OR LOCATION: Lawrenceburg
13d. STREET AND NUMBER OR RURAL LOCATION: 343 Waterloo Rd.
13e. INSIDE CITY LIMITS?: No
13f. ZIP CODE: 38464
14. WAS DECEDENT OF HISPANIC ORIGIN?: No
15. RACE: White
16. DECEDENT'S EDUCATION: Elementary/Secondary 3
17. FATHER'S NAME: Charlie Lopp
18. MOTHER'S NAME: Rosie Griggs
19a. INFORMANT'S NAME: Carl Lopp
19b. RELATIONSHIP TO DECEASED: Son
19c. MAILING ADDRESS: 14 Purcell Rd., Leoma, TN 38468
20a. METHOD OF DISPOSITION: Burial
20b. PLACE OF DISPOSITION: Lopp Cemetery
20c. LOCATION: Lawrence County, TN
21a. SIGNATURE OF FUNERAL DIRECTOR: David Neal
21b. LICENSE NUMBER OF FUNERAL DIRECTOR: 4490
21c. SIGNATURE OF EMBALMER: [signature]
21d. LICENSE NUMBER OF EMBALMER: 5251
22a. NAME AND ADDRESS OF FUNERAL HOME: Neal Funeral Home, 231 N. Military Ave., Lawrenceburg, TN 38464
22b. LICENSE NUMBER OF FUNERAL HOME: 36
23. REGISTRAR'S SIGNATURE: [signature]
24. DATE FILED: March 6, 2001
25a. PHYSICIAN: [signature]
26a. MEDICAL EXAMINER: John Maloof [signature]
26b. LICENSE NUMBER: TN 19617
26c. DATE SIGNED: 2-28-01
27. NAME AND ADDRESS OF CERTIFIER: John A. Maloof, III  1222 Trotwood Ave., Suite 207, Columbia, TN 38401
28. PART I.
   a. IMMEDIATE CAUSE: Anterior MI — Approximate interval: 5 days
   b. DUE TO: Coronary artery disease

Case 2:89-cr-20025-JPM   Document 33   Filed 06/22/05   Page 10 of 12    PageID 10



EXHIBIT E

Deria White,

I Spoke with Mrs. White over the phone on the matter of a $500.00 Check made out to Mitchell Zopf for a class action suite on odometer tampering. This is the information she ask for; Mamie Zopf to reissue the check.

343 Waterloo Rd
Lawrenceburg TN 38464

If you need anything else or need to speak to me please call Sondra Parker — (931) 766-2821

Thank you

# MAURY COUNTY DEPARTMENT OF HEALTH
100 BLYTHEWOOD DRIVE
COLUMBIA, TENNESSEE 38401

## TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER

TYPE/PRINT IN PERMANENT BLACK INK FOR INSTRUCTIONS SEE HANDBOOK

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): John Mitchell Lopp
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): February 25, 2001
4. SOCIAL SECURITY NUMBER (of Deceased): 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
5a. AGE – LAST BIRTHDAY (Years): 88
6. DATE OF BIRTH (Month, Day, Year): May 7, 1912
7. BIRTHPLACE (City and State or Foreign Country): Lawrence County, TN
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? [X] No
9a. PLACE OF DEATH: [X] Inpatient
9b. FACILITY NAME: Maury Regional Hospital
9c. CITY, TOWN, OR LOCATION OF DEATH: Columbia
9d. COUNTY OF DEATH: Maury
10. MARITAL STATUS: Married
11. SURVIVING SPOUSE: Mamie Guin
12a. DECEDENT'S USUAL OCCUPATION: Tow Motor Operator
12b. KIND OF BUSINESS/INDUSTRY: Bicycle Manufacturer
13a. RESIDENCE—STATE: TN
13b. COUNTY: Lawrence
13c. CITY, TOWN OR LOCATION: Lawrenceburg
13d. STREET AND NUMBER OR RURAL LOCATION: 343 Waterloo Rd.
13e. INSIDE CITY LIMITS?: [X] No
13f. ZIP CODE: 38464
14. WAS DECEDENT OF HISPANIC ORIGIN?: [X] No
15. RACE: White
16. DECEDENT'S EDUCATION: Elementary/Secondary: 3

**PARENTS**

17. FATHER'S NAME: Charlie Lopp
18. MOTHER'S NAME: Rosie Griggs

**INFORMANT**

19a. INFORMANT'S NAME: Carl Lopp
19b. RELATIONSHIP TO DECEASED: Son
19c. MAILING ADDRESS: 14 Purcell Rd., Leoma, TN 38468

**DISPOSITION**

20a. METHOD OF DISPOSITION: [X] Burial
20b. PLACE OF DISPOSITION: Lopp Cemetery
20c. LOCATION: Lawrence County, TN
21a. SIGNATURE OF FUNERAL DIRECTOR: /s/ David Neal
21b. LICENSE NUMBER OF FUNERAL DIRECTOR: 4490
21c. SIGNATURE OF EMBALMER: /s/
21d. LICENSE NUMBER OF EMBALMER: 5251
22. NAME AND ADDRESS OF FUNERAL HOME: Neal Funeral Home, 231 N. Military Ave., Lawrenceburg, TN 38464
22b. LICENSE NUMBER OF FUNERAL HOME: 36

**REGISTRAR**

23. REGISTRAR'S SIGNATURE: /s/ Mickee Jeffreys
24. DATE FILED: March 6, 2001

**CERTIFIER**

25a. PHYSICIAN — [ ] SIGNATURE AND TITLE OF PHYSICIAN
26a. MEDICAL EXAMINER — [X] SIGNATURE AND TITLE OF MEDICAL EXAMINER: /s/ John Maloof
26b. LICENSE NUMBER: TN 19617
26c. DATE SIGNED: 2-28-01
27. NAME AND ADDRESS OF CERTIFIER: John A. Maloof, III, 1222 Trotwood Ave., Suite 207, Columbia, TN 38401

**CAUSE OF DEATH**

28. PART I.
a. IMMEDIATE CAUSE: Anterior MI — Approximate Interval: 5 days
b. DUE TO: Coronary artery disease
c.
d.

PART II. Other significant conditions:

29a. WAS AN AUTOPSY PERFORMED?:
29b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?:

30. MANNER OF DEATH:
31a. DATE OF INJURY:
31b. TIME OF INJURY: M
31c. INJURY AT WORK?:
31d. DESCRIBE HOW INJURY OCCURRED:
31e. PLACE OF INJURY:
31f. LOCATION:

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:89-CR-20025 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT